No. 876. Jewel Incandescent Lamp Co., Inc. v. General Electric Co. et al. April 19, 1943. *Per Curiam:* The appeal is dismissed on the authority of *Ex parte Cutting,* 94 U. S. 14; *Credits Commutation Co.* v. *United States,* 177 U. S. 311, and *United States* v. *California Coöperative Canneries,* 279

U. S. 553, 556.  *Mr. Samuel E. Darby, Jr.* for appellant. *Mr. Alexander C. Neave* for appellees.